**Electronically Filed
Intermediate Court of Appeals
CAOT-24-0000470
10-DEC-2024
08:30 AM
Dkt. 7 ODSLJ**

NO. CAOT-24-0000470


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TOBIUS DAVIES, Petitioner, v.
THE HONORABLE SHIRLEY M. KAWAMURA,
JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAIʻI, Respondent Judge, and
STATE OF HAWAIʻI, Respondent


ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By:  Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record in CAOT-24-0000470 and 1CPN-23-0000022,[1] it appears that we lack jurisdiction to grant the relief requested in self-represented Petitioner- Appellant Tobius Davies' (**Davies**) July 10, 2024 document, which the court construes as a petition for writ of mandamus, "Asking to Remove Judge Because My Due Process is Being Violated of No Court Hearing/Legal Counsel [sic] Release From Custody" (**Petition**).

Insofar as Davies contends, and the record indicates, that the Circuit Court of the First Circuit has not yet issued a final ruling in Davies' Hawaiʻi Rules of Penal Procedure (**HRPP**) Rule 40 proceeding in 1CPN-23-0000022, this court lacks appellate jurisdiction.  See Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995) (dismissing appeal because "pursuant to [Hawaiʻi Rules of Appellate Procedure] Rule 4(b), an appeal from an order denying post-conviction relief must either be filed within thirty days after the entry of the order denying the HRPP Rule 40 petition or, in the alternative, after the announcement

---

[1]  The court takes judicial notice of the record in 1CPN-23-0000022. Hawaiʻi Rules of Evidence Rule 201.

but before the entry of the order"); Hawaii Revised Statutes § 602-5(a)(3) (2016) (stating that only the Hawaiʻi Supreme Court has jurisdiction to issue an original writ directed to a court of inferior jurisdiction).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction, without prejudice to Davies seeking relief in the Hawaiʻi Supreme Court.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, December 10, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge